WESTERN CREDIT COMPANY, Inc., a corporation, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 18449.

United States Court of Appeals
Ninth Circuit.

Sept. 24, 1963.

Swanberg, Koby & Strope, and Randall Swanberg, Great Falls, Mont., for petitioner.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Edward L. Rogers, and Jerome Fink, Attys. Dept. of Justice, Tax Division, Washington, D. C., for respondent

Before CHAMBERS, ORR and DUNIWAY, Circuit Judges.

PER CURIAM.

For the reasons stated in its opinion, 38 T.C. 979, the decision of the Tax Court is affirmed.

John B. TAGGART

v.

VERMONT TRANSPORTATION CO., Inc. and Albert Legg, Appellants.

No. 14497.

United States Court of Appeals
Third Circuit.

Argued Dec. 12, 1963.

Decided Jan. 17, 1964.

Thomas E. Comber, Jr., Philadelphia, Pa. (James Paul Dornberger, Pepper, Hamilton & Scheetz, Philadelphia, Pa., on the brief) for appellants.

James E. Beasley, Philadelphia, Pa., (Beasley & Ornsteen, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We have carefully considered the arguments of the parties and have examined the record. We have concluded that we can add nothing of consequence to the cogent opinion of Judge Freedman handed down in the court below, D.C., 32 F. R.D. 587. Accordingly, the judgment will be affirmed.